# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00109-CV

**Carlos Casas De La Garza, Appellant**

**v.**

**Q1MEDIA, Inc., Appellee**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-000246, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 27, 2018. After this Court granted a motion requesting an extension of time to file his brief, appellant's brief was due April 17, 2018. On May 14, 2018, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by May 24, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   June 28, 2018